632

OPINION PER CURIAM, June 27, 1969:
Judgment affirmed.

## Commonwealth *v.* Tate, Appellant.

Argued April 29, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John A. O'Brien,* for appellant.

*Theodore A. Parker,* First Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 27, 1969:
Judgment of sentence affirmed.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.

## Siter et al., Appellants, *v.* Harris Estate.

Argued May 7, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Edward J. Zetusky, Jr.,* for appellants.

*Edward F. Cantlin,* with him *Hinkson & Cantlin,* for appellee.

OPINION PER CURIAM, June 27, 1969:
Order affirmed.

Commonwealth *v.* Smondrowski, Appellant.

Submitted May 5, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*William J. Brady,* for appellant.